NEW YORK INVESTORS, INC., Respondent, Appellant, v. TINUS BUILDING CORPORATION, Appellant, Respondent; GEORGE B. HALL, as Trustee, and THE PRUDENCE COMPANY, INC., Respondents, Appellants, and Others, Defendants.— Motion for leave to appeal to the Court of Appeals denied as unnecessary.  (See

*Meo* v. *Bloomgarden*, 262 N. Y. 72, 73.) Present — Kapper, Hagarty, Carswell and Davis, JJ.; Lazansky, P. J., not voting.